# UNITED STATES DISTRICT COURT

**NORTHERN** District of **CALIFORNIA**

NIKKI DUKELLIS

Plaintiff (s),

V.

REGENTS OF UNIVERSITY OF CALIFORNIA

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:17-cv-05700-LB

Notice is hereby given that, subject to approval by the court, **Niki Dukellis** (Party (s) Name) substitutes **Steven L. Derby, Esq.** (Name of New Attorney), State Bar No. **148372** as counsel of record in place of **Niki Dukellis, in pro per** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: DERBY, McGUINNESS & GOLDSMITH, LLP
- Address: 300 Lakeside Drive, Suite 1000
- Telephone: (510) 987-8778   Facsimile: (510) 359-4419
- E-Mail (Optional): info@dmglawfirm.com

I consent to the above substitution.
Date: 1/9/2019

(Signature of Party (s))

I consent to being substituted.
Date: 1/9/2019

/s/ Niki Dukellis
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/9/2019

/s/ Steven L. Derby, Esq.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 14, 2019

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]